

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00450-CR

Cesario **RAMON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2012-02190
Rob Hofmann, Judge Presiding

# O R D E R

By order dated September 23, 2015, this appeal was reinstated on the docket of this court. In our reinstatement order, we referenced a deadline for the filing of the reporter's record; however, the reporter's record was filed on September 3, 2015. It is therefore ORDERED that appellant's brief must be filed no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court